*Filer's Name, Address, Phone, Fax, Email:*

TMLF HAWAII, LLLC
Alex Schulz #10853
1003 Bishop St, Ste. 1200
Honolulu, Hawaii 96813
Telephone: 619-465-8200
Facsimile: 808-489-9835
TS#199676

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

H9073-1 (9/23)

| | |
|---|---|
| *Debtor:* PAUL RUSSELL WALLACE | *Case No.:* **26-00298** |
| *Joint Debtor:* *(if any)* | *Chapter:* **13** |
| *[If Adversary Proceeding, complete information below. Use "et al" if multiple parties.]*<br>*Plaintiff(s):*<br>*vs.*<br>*Defendant(s):* | *Adversary Proceeding No.:* *(if applicable)* |
| **NOTICE OF HEARING**<br>Hearing will be conducted both in the courtroom at 1132 Bishop Street, Honolulu, Hawaii, and remotely (audio only). Join the Meeting at Zoomgov.com or by phone at (833) 568-8864. Meeting ID: 161 789 3766, Passcode: 1132. | ***Hearing Date:*** 10/26/2026<br>***Time:*** 9:30 AM<br>***Objections Due:*** 10/12/2026 |

| | | |
|---|---|---|
| *Matter being heard:* | Motion for Relief from the Automatic Stay | *Related Dkt No.:* |
| *Moving Party:* | ROCKPORT ASSETS, LLC, its successors and/or assigns | |

**NOTICE IS HEREBY GIVEN** that this matter is set for hearing at the date and time above. The relief being requested consists of the following. [*Briefly describe the relief sought, **including pertinent details**.*]

The hearing on this matter will be conducted both in the courtroom at the United States Bankruptcy Court at 1132 Bishop Street, Honolulu, Hawaii, and remotely (audio only). Parties may elect to participate remotely: Join the Meeting at Zoomgov.com with computer audio or by phone at (833) 568-8864 (toll-free). Meeting ID: 161 789 3766, Passcode: 1132.

The Moving Party ("Movant") (1) seeks an order terminating or modifying the stay, as to the Debtor(s) and Debtor's' bankruptcy estate, allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Real Property located at 15-1977 32nd Ave, Keaau, HI 96749 ("Property"); (2) requests that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; (3) requests an exemption from further compliance with F.R.B.P. 3002.1 in the instant bankruptcy case; and (4) requests that the fourteen (14) day stay under F.R.B.P. 4001(a)(3) be waived.

**<u>Your rights may be affected.</u> You should read the motion or application and the accompanying papers carefully and discuss them with your attorney if you have one in this bankruptcy case or proceeding. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in this motion, or if you want the court to consider your views on the motion, then you or your attorney must file a statement explaining your position not later than the date below.

**Date response due** [enter specific date, and how calculated using the relevant statute, federal or local rule, or order shortening time, e.g. *X days before hearing or X days after* ______________ .]:

10/12/2026
Date

How calculated: 14 days prior to the hearing LBR 4001-1(e)(1)

Statements must be filed with the court at:

United States Bankruptcy Court
District of Hawaii
1132 Bishop Street, Suite 250
Honolulu, HI 96813

If you mail your response to the court, you must mail it early enough so the court will **receive** it on or before the deadline stated above. The court may disregard any response filed untimely.

You must also mail or transmit a copy to the moving party at:

Responses to be sent to: TMLF HAWAII, LLLC
Alex Schulz #10853
1003 Bishop St, Ste. 1200
Honolulu, HI 96813

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or application and may enter an order granting that relief.

If no objection to the relief being sought is filed by the deadline stated above, the court may cancel the hearing (although certain types of motions will remain on the court's calendar). If the hearing is canceled, the court may grant the relief if the moving party promptly files a declaration and request for entry of an order [local form hib_9021-1]. If the moving party wishes to proceed with a hearing in the absence of an objection, the moving party should file a request for the matter to remain on calendar [local form hib_9013-1c3].

Dated: 9/24/2026 /s/ Alex Schulz
for Movant (Print name also if original signature)

Filer's Name, Address, Phone, email:
TMLF HAWAII, LLLC
Alex Schulz #10853
1003 Bishop St, Ste. 1200
Honolulu, Hawaii 96813
Telephone: 619-465-8200
Facsimile: 808-489-9835
TMLF File No. 199676

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813

| | |
|---|---|
| Debtor: PAUL RUSSELL WALLACE | Case No.: 26-00784<br>Related Docket No.: |

# CERTIFICATE OF SERVICE

| | |
|---|---|
| *Documents served:*<br>Notice of Hearing | *Date served:*<br>9/24/2026 |

**The undersigned certifies under penalty of perjury that that the following were served the above document(s) by first class mail unless noted otherwise and that consent was given to any service by fax or electronic means.** *[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution. Attach continuation sheets as needed.]*

| | | |
|---|---|---|
| *Example:*<br>• Name of person served<br>• If attorney, name of client<br>• Mailing address or<br>Email address if served via ECF or<br>Fax number if served by fax | Debtor:<br>Paul Russell Wallace<br>c/o PO Box 2312<br>Pahoa, HI 96778 | |
| Chapter 13 Trustee:<br>Nima Ghazini<br>ECF: ecf@hi13trustee.com, nghazvini13@ecf.epiqsystems.com; trusteeHIB1H@ecf.epiqsystems.co<br>m | U.S. Trustee:<br>OFFICE OF THE U.S. TRUSTEE<br>ECF:<br>ustpregion15.hi.ecf@usdoj.gov | |
| | | |

| | |
|---|---|
| *Dated:*<br>9/24/2026 | /s/ Susan Ramirez<br>[*Print name and sign*] |